IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESUS HERNANDEZ,

    Plaintiff,

v.                              CV 08-0160 RB/WPL

DEA - ALBUQUERQUE,

    Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed November 12, 2008. (Doc. 26.) The parties were notified that objections were due within ten days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) Defendant's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment is GRANTED IN PART;

3) summary judgment is GRANTED in favor of DEFENDANT; and

4) this cause is dismissed with prejudice.

                                        _____
                                        ROBERT C. BRACK
                                        UNITED STATES DISTRICT JUDGE